PROB 12C
(6/16)

Report Date:  June 8, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

ECF No. 72

Name of Offender: Frank Javier Soliz          Case Number: 0980 2:16CR00013-SAB-1

Address of Offender: ██████████████  Union Gap, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 9, 2017

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A), and (b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 132 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 29, 2025 | |
| Defense Attorney: | Andrea George | Date Supervision Expires: July 28, 2030 | |

---

### PETITIONING THE COURT

To issue a summons.

On July 29, 2025, supervised release conditions were reviewed and signed by Mr. Soliz acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **<u>Standard Condition #9</u>**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

               **<u>Supporting Evidence</u>**: Frank Javier Soliz is considered to be in violation of his conditions of supervised release by failing to report law enforcement contact that occurred on May 22, 2026, to the probation officer within 72 hours.

               On May 22, 2026, per Yakima County Sheriff's Office (YSO), a YSO deputy contacted Mr. Soliz in a vehicle in company of a female on Rest Haven Road in Yakima, Washington. It appeared  Mr. Soliz was soliciting the services of a prostitute.  Mr. Soliz indicated he had known the female for a long time, but the female could not think of his name. No citations or charges were filed.

Prob12C
**Re: Soliz, Frank Javier**
**June 8, 2026**
**Page 2**

2          **Standard Condition #2**:After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Soliz is considered to be in violation of his conditions of supervised release by failing to report to the probation office for drug testing as instructed on May 29, 2026.

On May 29, 2026, the undersigned officer made telephonic contact with Mr. Soliz. He was instructed to report to the probation office for drug testing on this same date by 4 p.m.

Mr. Soliz failed to report to the probation office by 4 p.m.; therefore, also failing to submit to drug testing as instructed.

3          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Soliz is considered to be in violation of his conditions of supervised release by using a controlled substance, cocaine, on or about June 1, 2026.

On June 1, 2026, Mr. Soliz reported to the probation office as required. At that time, he submitted a urinalysis that tested presumptive positive for cocaine. Mr. Soliz denied any illicit drug use. The drug test was sent to the lab for confirmation.

On June 5, 2026, the lab results were returned confirming the urine sample provided by Mr. Soliz on June 1, 2026, was positive for cocaine.

4          **Standard Condition #2**:After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Soliz is considered to be in violation of his conditions of supervised release by failing to report to the probation office for drug testing as instructed on June 3, 2026, at 11 a.m.

On June 3, 2026, the undersigned officer attempted to make telephonic contact with Mr. Soliz. Mr. Soliz did not answer the undersigned officer's phone call, a voice mail was left instructing him to report to the probation office for drug testing on the same date by 11 a.m. The undersigned officer also sent Mr. Soliz the reporting instructions in a text message. Later that same date, Mr. Soliz sent the undersigned a text message and indicated he was on his way. Mr. Soliz arrived to the probation office at 4:30 p.m.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Soliz, Frank Javier**
**June 8, 2026**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 8, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

6/8/2026

Date