ECF No. 92

PROB 12C
(6/16)

Report Date: August 12, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2026

SEAN F. McAVOY, CLERK

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Javier Soliz

Case Number: 0980 2:16CR00013-SAB-1

Address of Offender: [redacted] Union Gap, Washington 98903

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 9, 2017

Original Offense: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Original Sentence: Prison - 132 months
TSR - 60 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Courtney Pratten

Date Supervision Commenced: July 29, 2025

Defense Attorney: John William-Gates Repovsch

Date Supervision Expires: July 28, 2030

---

**PETITIONING THE COURT**

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 8, 2026.

On July 29, 2025, supervised release conditions were reviewed and signed by Mr. Soliz acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Soliz is considered to be in violation of his conditions of supervised release by providing a urine sample at the Barth Clinic (Barth) on July 6, 2026, which tested positive for cocaine.

On July 6, 2026, Mr. Soliz reported to Barth for a drug screen. The undersigned did not receive notification from Barth that Mr. Soliz had tested presumptive positive for illicit substances until August, 6, 2026, when this officer received a lab report from Barth showing the July 6, 2026, urine sample was positive for cocaine.

On August 6, 2026, Mr. Soliz was contacted by telephone regarding the laboratory results, which were positive for cocaine. During the conversation, he denied using cocaine.

6 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Soliz is considered to be in violation of his conditions of supervised release by ingesting methamphetamine and buprenorphine, on or about August 3, 2026.

On August 3, 2026, Mr. Soliz submitted a random urinalysis at Barth. The sample was sent to the lab.

On August 7, 2026, the urinalysis submitted on August 3, 2026, returned from the lab confirmed positive for methamphetamine and buprenorphine.

7 **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Soliz is alleged to have violated his supervised release conditions by failing to remain in compliance with outpatient substance abuse treatment at Barth in July, and August 2026.

On August 11, 2026, the undersigned officer contacted Barth staff by telephone and they reported Mr. Soliz is not in compliance with outpatient substance abuse treatment due to positive urinalysis tests in July, and August 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/12/2026

Date